**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

[body of statement illegible/redacted]

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material ...; PASS = 9 or more passengers;
CDL = Commercial driver's license; CMV = Commercial vehicle ...

CVB SCAN 08/23/2019 12:53

---

**United States District Court**
**Violation Notice**

Violation Number: 7232781   Officer No: 12   Officer Name: DG

Date and Time of Offense (mm/dd/yyyy): 07/05/2019   Offense Charged: 36 CFR 2.32(1)
Place of Offense: ROCKY MTN NATIONAL PARK, DISTRICT OF COLORADO, Bear Lake Road
Offense Description: DIS CON: Violent Behavior

**DEFENDANT INFORMATION**
Last Name: OATES   First Name: DANE

[personal info redacted]

Tag No: 430-SDT   State: CO   Year: 2012   Make: FORD   Model: F150   PASS   Color: GRN

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $250
+ $30 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $280

**YOUR COURT DATE**
Court Address: U.S. MAGISTRATE JUDGE
901 19th ST., ROOM A-105
DENVER, CO 80294

X Defendant Signature: [signature]

CVB SCAN 08/23/2019 12:53

Violation No. 7232781 Loc. Code 12
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on July 5, 2019, while exercising my duties as a law enforcement officer in the Judicial District of Colorado that I received a report from ROMO Dispatch that an aggressive driver had nearly struck a Rocky Mountain National Park employee at Bear Lake parking.

I arrived at the Bear Lake parking lot at approximately 1435 hours and spoke to Visitor Use Assistant (VUA) Sumi Bitner, who stated at approximately 1420 hours, she was directing traffic at the parking lot when a gray Ford F150, bearing Colorado license plate HBO-501, attempted to enter the Bear Lake parking lot. VUA Bitner stated she told him he could not enter the parking lot because there were no spots available. VUA Bitner said he was not compliant and started arguing with her, but convinced the driver of the vehicle, later identified by word of mouth, date of birth, and physical descriptors as Dane OATES, to turn around. VUA Bitner said several minutes later, OATES came back to the parking lot and told him he could not enter because they were still full. VUA Bitner said she was standing in front of his vehicle at the time, and he told her that he was not turning around and continued pulling forward. VUA Bitner said she "smacked" the hood of the vehicle several times and had to side step to avoid being struck by the vehicle. VUA Dawn James witnessed the event and recalls the same details. VUA James described OATES as a white male in his thirties, approximately 5'10, wearing shorts and a knee brace, accompanied by two small children, one of which he was carrying.

At approximately 1500 hours, I saw a male matching that description at the tailgate of the vehicle previously described. I approached OATES, who said that his windows were up, he never saw anyone in front of him get turned around, and he was not told he could not park in the parking lot the second time, but did say that VUA Bitner hit the hood of the vehicle, but he did not exchange of words with her and continued to a parking spot.

I wrote OATES a citation under 36 CFR 2.34(a)(1) -- violent and threatening behavior.

The foregoing statement is based upon:
✓ my personal observation    ☑ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/05/2019    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# VIOLATION NOTICE