## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DANE OATES,

      Defendant.

---

## INFORMATION

---

The United States Attorney charges that:

## COUNT 1

On or about July 5, 2019, in the State and District of Colorado, on land administered by the National Park Service, the defendant, DANE OATES, did engage in fighting and threatening, and in violent behavior, with intent to cause public alarm, nuisance, jeopardy and violence, and knowingly and recklessly created a risk thereof.

All in violation of Title 18, United States Code, Section 1865(a) and Title 36, Code of Federal Regulations, Section 2.34(a)(1).

JASON R. DUNN
United States Attorney

By: _____
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov
Attorney for Government

2